IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUST FUNDS, et al., | No. C-10-5568 EDL |
| Plaintiffs, | **ORDER FOR REASSIGNMENT** |
| v. | |
| ACS CONTROLS CORPORATION, | |
| Defendant. / | |

In view of the Report and Recommendation filed on April _20__, 2011, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: April _20__, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge