United States District Court
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    IBEW LOCAL 595 TRUST FUNDS, et al.,
10          Plaintiffs,                              No. C 10-05568 JSW
11   v.
12   ACS CONTROLS CORP.,                            **ORDER ADOPTING REPORT**
                                                     **AND RECOMMENDATION AND**
13          Defendant.                               **GRANTING DEFAULT**
     _____/              **JUDGMENT**
14
15          The Court has reviewed Magistrate Judge Elizabeth D. LaPorte's Report and
16   Recommendation Re: Motion for Default Judgment.  The Court finds the Report correct, well-
17   reasoned and thorough, and adopts it in every respect.  Accordingly, judgment shall be entered
18   in favor of Plaintiffs and against Defendant ACS Controls Corporation in the amount of
19   $15,786.50.
20          **IT IS SO ORDERED.**
21
22   Dated: June 27, 2011                   _____
23                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28